| | |
|---|---|
| **From:** | Sara Frankenstein Hoyt <smfranken@hotmail.com> |
| **Sent:** | Wednesday, November 27, 2013 2:38 PM |
| **To:** | adietz@milenderwhite.com |
| **Subject:** | Change Orders |
| **Attachments:** | Scan0003.pdf |



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD 57702-8695

Dear Adam,

During our meeting on about the 11th of October I turned in some invoices to you, and I had authorized discounts for prompt payment. As these change orders have not yet been processed these discounts have been revoked. I am sending you the proper priced invoices along with some other invoices. I have sent you another copy of invoice # 298 per direction of the Economic & Business Development Committee. This is the estimate that was unreasonably declined by Tom. The Committee told me to submit it again for prompt payment. I also included invoice # 302 for the door installation which is not in the masons scope of work. I am also including invoice # 301 for cutting, cost of labor, cost of rebar, and delivery of rebar. I am billing for these costs since they are excluded in my estimate in specific detail. My attorney Sara Frankenstein at Gunderson Palmer Nelson and Ashmore can be reached at 605-342-1078 if you have any questions about this matter. I have include invoice # 300 which is for the installation of the 4" colored CMU and rigid insulation installed on gable ends and in the courtyard. These items were removed from the original contract and were added as alternates. Invoice # 299 is for the reduction of withholdings from 10% to 5%. I will be expecting a quick turnaround on these invoices as per the memorandum sent out by the Economic & Business Development Committee, I have also included a copy of this memorandum for your benefit.

I hope you have good Thanksgiving!

Thank You,

Lew Hoyt
President

Liberty_DHM 055772



# OGLALA SIOUX TRIBE

**Economic & Business Development Committee**
P.O. Box 2070
Pine Ridge, South Dakota 57770
605-867-8460 Phone—605-867-2609 Fax
alice@oglala.org—www.oglalalakotanation.org

**Committee Coordinator**
Jake Little

**Committee Secretary**
Alice N. Testerman

Members:

James Cross, Chairman
Bernie Shot with Arrow, Vice Chair
Paul Little
Craig Dillon
Irving Provost
Scott Weston
Barbara Dull Knife
Stanley Little White Man
Robin Tapio
Charlie Cummings
Jackie Siers
Larry Eagle Bull

## COMMITTEE ACTION MEMORANDUM

TO:     Milender White Construction Company
        Attn: Adam Mack, Operations Supervisor
        Ronald Duke, Chief
        OST-DPS

FR:     Oglala Sioux Tribe     *Alice N. Testerman*
        Economic Development Standing Committee

DT:     November 22, 2013

RE:     Standing Committee Actions

PLEASE BE ADVISED THAT THE OGLALA SIOUX TRIBE ECONOMIC & BUSINESS DEVELOPMENT STANDING COMMITTEE MET IN A SPECIAL SESSION ON FRIDAY NOVEMBER 22, 2013 IN THE TRIBAL COUNCIL CHAMBERS—PINE RIDGE, SD AND PASSED THE FOLLOWING ACTIONS::

**COMMITTEE ACTION:**

MOTION BY SCOTT WESTON; SECONDED BY IRVING PROVOST TO DIRECT MILENDER WHITE TO PAY ALL BALANCES TO INDIAN CONTRACTORS/SUB CONTRACTORS AND ANY OUTSTANDING CHANGE ORDERS ON THE OGLALA SIOUX TRIBE JUSTICE CENTER CONSTRUCTION PROJECT.

**MOTION CARRIED:**     SIX (6) FOR;     ONE (1) NOT VOTING [CROSS]

ANY QUESTIONS PLEASE FEEL FREE TO CONTACT ALICE TESTERMAN, E&BD STANDING COMMITTEE SECREATRY...

Liberty_DHM 055773

Double H Masonry

4470 Rimrock Dr.
Rapid City, SD 57702



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD  57702-8695

# Invoice

| Date | Invoice # |
|---|---|
| 2/15/2013 | 298 |

**Bill To**

Milender White Construction

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|---|---|---|---|---|---|---|---|---|---|
|  | Change Orders |  |  |  |  |  |  |  |  |
| Block w... | CMU added at A2.2 grid 6 & N(plans show wall to terminate just above ceiling) | 7,500.00 |  |  | 625 | 12.00 | 100.00% | 100.00% | 7,500.00 |
| Block w... | CMU added at A2.4 room 1146(plans don't show wall) | 2,280.00 |  |  | 190 | 12.00 | 100.00% | 100.00% | 2,280.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $9,780.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,780.00 |

Liberty_DHM 055774

# Invoice



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD 57702-8695

| Date | Invoice # |
|------|-----------|
| 10/10/2013 | 290 |

| Bill To |
|---------|
| Milender White Construction |

| Project |
|---------|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 30 | Mason and Laborer installing flashing around changed lintels on roof for CMU | 125.00 | 3,750.00 |

Thank you for your business.

**Total**     $3,750.00

Liberty_DHM 055775



# Invoice

**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD  57702-8695

| Date | Invoice # |
|------|-----------|
| 10/10/2013 | 289 |

**Bill To**

Milender White Construction

| Project |
|---------|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 30 | Mason and Laborer grouting window frames in Detention Wing | 125.00 | 3,750.00 |

Thank you for your business.

**Total** $3,750.00

# Invoice



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD  57702-8695

| Date | Invoice # |
|------|-----------|
| 10/10/2013 | 288 |

| Bill To |
|---------|
| Milender White Construction |

| Project |
|---------|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 40 | Mason and laborer removing installed door frames, installing new door frames, and grouting frames | 125.00 | 5,000.00 |

Thank you for your business.

**Total** | $5,000.00

# Invoice



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD  57702-8695

| Date | Invoice # |
|---|---|
| 10/10/2013 | 287 |

| Bill To |
|---|
| Milender White Construction |

| Project |
|---|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 160 | Mason and Laborer grouting door frames that weren't on site when walls were built | 125.00 | 20,000.00 |

Thank you for your business.

| **Total** | $20,000.00 |
|---|---|

Liberty_DHM 055778



# Invoice

**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD 57702-8695

| Date | Invoice # |
|------|-----------|
| 10/10/2013 | 284 |

| Bill To |
|---------|
| Milender White Construction |

| Project |
|---------|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 500 | 6" CMU wall changed to 8" wall due to plumbing fittings Room 1300 | 2.00 | 1,000.00 |

Thank you for your business.

| | Total | $1,000.00 |

# Invoice



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD 57702-8695

| Date | Invoice # |
|------|-----------|
| 10/10/2013 | 291 |

| Bill To |
|---------|
| Milender White Construction |

| Project |
|---------|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 509 | Building shelters in Courtyard Area | 50.00 | 25,450.00 |
| 82 | Covering and uncovering walls in mornings and nights | 125.00 | 10,250.00 |

Thank you for your business.

| | **Total** | $35,700.00 |
|---|-----------|------------|

# Invoice



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD  57702-8695

| Date | Invoice # |
|------|-----------|
| 10/10/2013 | 286 |

**Bill To**

Milender White Construction

| | Project |
|--|---------|
| | Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 20 | 6" double bullnosed CMU installed as column in Room 1160 | 50.00 | 1,000.00 |

Thank you for your business.

**Total** — $1,000.00

Liberty_DHM 055781

# Invoice



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD 57702-8695

| Date | Invoice # |
|------|-----------|
| 10/10/2013 | 283 |

**Bill To**

Milender White Construction

| | Project |
|---|---------|
| | Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 30 | Mason hours for bond beam installation, grouting, I-beam installation, and inbed plates at Public Safety Area room 1262 | 100.00 | 3,000.00 |
| 31 | Laborer hours for cutting of bond beam off top of wall and cutting half high CMU | 50.00 | 1,550.00 |

Thank you for your business.

**Total**  $4,550.00

Liberty_DHM 055782

# Invoice



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD 57702-8695

| Date | Invoice # |
|------|-----------|
| 11/20/2013 | 303 |

| Bill To |
|---------|
| Milender White Construction |

| Project |
|---------|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 20 | Mason and Laborer cut down duct openings in Corridor 1309B | 150.00 | 3,000.00 |

Thank you for your business.

| | **Total** | $3,000.00 |
|---|-----------|-----------|

# Invoice



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD 57702-8695

| Date | Invoice # |
|------|-----------|
| 11/20/2013 | 302 |

| Bill To |
|---------|
| Milender White Construction |

| Project |
|---------|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 200 | Door installation, unloading door trucks, and building door bucks | 300.00 | 60,000.00 |

Thank you for your business.

| | Total | $60,000.00 |
|---|-------|------------|

Liberty_DHM 055784

# Invoice



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD 57702-8695

| Date | Invoice # |
|------|-----------|
| 11/20/2013 | 301 |

| Bill To |
|---------|
| Milender White Construction |

| Project |
|---------|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 165,000 | Equipment,rebar purchased, cut, delivered, and installed(rebar costs were not included as noted on estimate) | 0.60 | 99,000.00 |

Thank you for your business.

| **Total** | $99,000.00 |
|-----------|-----------|

Liberty_DHM 055785

# Invoice



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD  57702-8695

| Date | Invoice # |
|---|---|
| 11/20/2013 | 300 |

| Bill To |
|---|
| Milender White Construction |

| Project |
|---|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 5,247 | 4" Colored Split Faced CMU installed on exterior as Add Alternate | 22.50 | 118,057.50 |
| 5,247 | Rigid Insulation installed as Add Alternate | 27.00 | 141,669.00 |

Thank you for your business.

**Total** $259,726.50

Liberty_DHM 055786

Double H Masonry

4470 Rimrock Dr.
Rapid City, SD 57702



# Double H Masonry
4470 Rimrock Drive
Rapid City, SD  57702-8695

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/20/2013 | 299 |

**Bill To**

Milender White Construction

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|------|-------------|---------|-----------|---------|-----|------|--------|---------|--------|
| Withhol... | Withholding on Pine Ridge Justice Center | 116316.50 |  |  | 0.5 | 116,316.50 | 50.00% | 50.00% | 58,158.25 |

Thank you for your business.

| | |
|---|---|
| **Total** | $58,158.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $58,158.25 |

Liberty_DHM 055787

| | |
|---|---|
| **From:** | Sara Frankenstein Hoyt <smfranken@hotmail.com> |
| **Sent:** | Wednesday, November 27, 2013 2:09 PM |
| **To:** | adietz@milenderwhite.com |
| **Subject:** | Change Orders |
| **Attachments:** | Scan0002.pdf |



**Double H Masonry**
4470 Rimrock Drive
Rapid City, SD 57702-8695

Dear Adam,

During our meeting on about the 11th of October I turned in some invoices to you, and I had authorized discounts for prompt payment. As these change orders have not yet been processed these discounts have been revoked. I am sending you the proper priced invoices along with some other invoices. I have sent you another copy of invoice # 298 per direction of the Economic & Business Development Committee. This is the estimate that was unreasonably declined by Tom. The Committee told me to submit it again for prompt payment. I also included invoice # 302 for the door installation which is not in the masons scope of work. I am also including invoice # 301 for cutting, cost of labor, cost of rebar, and delivery of rebar. I am billing for these costs since they are excluded in my estimate in specific detail. My attorney Sara Frankenstein at Gunderson Palmer Nelson and Ashmore can be reached at 605-342-1078 if you have any questions about this matter. I have include invoice # 300 which is for the installation of the 4" colored CMU and rigid insulation installed on gable ends and in the courtyard. These items were removed from the original contract and were added as alternates. Invoice # 299 is for the reduction of withholdings from 10% to 5%. I will be expecting a quick turnaround on these invoices as per the memorandum sent out by the Economic & Business Development Committee, I have also included a copy of this memorandum for your benefit.

I hope you have good Thanksgiving!

Thank You,

Lew Hoyt
President

Liberty_DHM 055789

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/14/2013 | 305 |

**Bill To**

Milender White Construction

| | Project |
|--|---------|
| | Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 144 | A mason and laborer finished grouting door frames | 150.00 | 21,600.00 |

Thank you for your business.

| | Total | $21,600.00 |
|--|-------|------------|

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/24/2014 | 308 |

**Bill To**

Milender White Construction

| Project |
|---------|
| Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Correction of Change Order #11 | 2,116.00 | 2,116.00 |

Payment of this Invoice does not wave claims for interest or damages.

**Total**　　$2,116.00

*DHM 151*

EXHIBIT R27

# Invoice

## Double H Masonry
4470 Rimrock Drive
Rapid City, SD 57702-8695

| Date | Invoice # |
|------|-----------|
| 1/24/2014 | 309 |

**Bill To**

Milender White Construction

| | Project |
|--|---------|
| | Pine Ridge Justice Center |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Reimbursement for Safety Training coarse forced to take by Milender White | 1,064.00 | 1,064.00 |

Payment of this Invoice does not wave claims for interest or damages.

**Total** $1,064.00

*DHM 152*


EXHIBIT
R28